UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jamel Rayshawn Leonard**　　　　　　　　　　　　　　　　Docket No. 7:10-CR-73-1FL

**Petition for Action on Supervised Release**

COMES NOW David W. Leake, Supervising U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jamel Rayshawn Leonard, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924 , was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on February 11, 2011, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Jamel Rayshawn Leonard was released from custody on April 10, 2018, at which time the term of supervised release commenced.

On October 23, 2018, the court was notified that the defendant failed a drug test on September 16, 2018 but agreed to take no action as his drug use was being addressed through treatment, as drug testing would continue, and as cognitive intervention techniques were being used to improve his decision-making ability.

On July 1, 2019, the court was notified that the defendant was charged with Driving While License Revoked and Reckless Driving and agreed to take no action pending adjudication. The charges remain pending.

On July 25, 2019, the court was notified that the defendant failed a drug test and confessed that he used marijuana because he was stressed about his grandmother's death and his aunt's stroke. The court agreed to take no further action as the defendant was reprimanded for breaching the court's trust, participated in a 3-way counseling session with the undersigned officer and substance abuse treatment provider, and would continue participation in the Surprise Urinalysis Program.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 10, 2019, the defendant reported to the probation office as directed and provided a drug test which was confirmed positive for marijuana on September 16, 2019. While he was reluctant to admit to a new use of marijuana, the defendant reaffirmed his intention to remain engaged in substance abuse treatment and continue participation in the Surprise Urinalysis Program. Given the defendant's drug use and in consideration of his employment, it is recommended that he complete 12 hours of community service. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision. Cognitive intervention techniques were again utilized to promote improved decision making.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 12 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Jamel Rayshawn Leonard
Docket No. 7:10-CR-73-1FL
Petition For Action
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer
414 Chestnut Street, Suite 102
Wilmington, NC 28401-4290
Phone: 910-679-2045
Executed On: September 18, 2019

## ORDER OF THE COURT

Considered and ordered this __23rd__ day of __September__, 2019, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge